# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ALTMAN, in his capacity as Chapter 7 Trustee of the estate of, and successor to the claims of, Brianna Hollier Victory,<br><br>Plaintiff,<br><br>v.<br><br>ROLLING FRITO-LAY SALES, LP,<br><br>Defendant. | Case No. 20-cv-202-MMA (MDD)<br><br>**ORDER GRANTING THE PARTIES' JOINT MOTION TO (1) SUBSTITUTE THE REAL PARTY OF INTEREST AND (2) STAY THE ACTION**<br><br>[Doc. No. 17] |

The parties jointly move to (1) substitute Robert Altman, in his capacity as Chapter 7 Trustee of the estate of, and successor to the claims of, Brianna Hollier Victory, pursuant to Federal Rule of Civil Procedure 25 and (2) stay the action in its entirety pending mediation or arbitration pursuant to 9 U.S.C. §§ 1–16.  *See* Doc. No. 17.  Good cause appearing, the Court **GRANTS** the parties' joint motion.  The Court **SUBSTITUTES** "Robert Altman, in his capacity as Chapter 7 Trustee of the estate of, and successor to the claims of, Brianna Hollier Victory" as the Plaintiff in the place of Brianna Hollier Victory.  *See* Fed. R. Civ. P. 25(c).  The Court **DIRECTS** the Clerk of Court to update the Docket accordingly.  The Court **STAYS** the action in its entirety pending the conclusion of the mediation and, if necessary, arbitration.  *See* 9 U.S.C. § 3.

Within **7 days** after the conclusion of the mediation and arbitration process, the Court **ORDERS** the parties to file a joint status report and contact the referred Magistrate Judge's chambers to schedule a case management conference.

**IT IS SO ORDERED**.

Dated: May 22, 2020

_____
HON. MICHAEL M. ANELLO
United States District Judge